IN THE MATTER OF THE APPLICATION OF GEORGE BIEHL, A CANDIDATE TO BE VOTED FOR BY THE ELECTORS OF THE ENTIRE STATE FOR THE REPUBLICAN NOMINATION FOR UNITED STATES SENATOR IN THE PRIMARY ELECTION FOR THE GENERAL ELECTION IN THE YEAR OF 1942.

Argued August 24, 1942—Decided August 28, 1942.

*George Biehl, pro se.*

For Russell C. Gates, Essex County Clerk, *Arthur T. Vanderbilt* (*G. Dixon Speakman*).

For James W. Mercer, Bergen County Clerk, and others, *Walter G. Winne.*

COLIE, J. The relief prayed for is denied. The court being of the opinion that the decision in *Hawkes* v. *Gates et al.*, 129 *N. J. L.* 5, is dispositive of the questions raised herein.